June 27, 2013



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

STATE OF TEXAS, Appellant

NO. 14-12-00782-CV                          V.

JOHN W. COOK AND MARC COOK, Appellees

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on July 26, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.